IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BLAKE, BETTY A

Debtor(s)

CHAPTER 7 CASE

CASE NO. 07-70588 MB

Judge MANUEL BARBOSA

## TRUSTEE'S FINAL REPORT

To:     THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES
BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the

United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.     The Petition commencing this case was filed on 03/16/07. The Trustee was appointed on 03/16/07. The

Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties

enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted

to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other

property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all

claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is

ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.     The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is

0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is

described in Exhibit B.

4.     A summary of the Trustee's Final Report as of January 30, 2008 is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ | 7,200.00 |
| b. | DISBURSEMENTS (See Exhibit C) | $ | 2,506.58 |
| c. | NET CASH available for distribution | $ | 4,693.42 |
| d. | TRUSTEE/PROFESSIONAL COSTS |   |   |

|   | 1. | Trustee compensation requested (See Exhibit F) | $ | 1,470.00 |
|---|----|------------------------------------------------|---|----------|
|   | 2. | Trustee Expenses (See Exhibit F) | $ | 0.00 |
|   | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ | 1,242.75 |
| e. |   | Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5.     The Bar Date for filing unsecured claims expired on.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.

The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| a. | Allowed unpaid secured claims | $ | 0.00 |
|----|-------------------------------|---|------|
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 2,712.75 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 0.00 |
| e. | Allowed unsecured claims | $ | 38,961.98 |
| f. | Surplus return to debtor | $ | 0.00 |

7.     Trustee proposes that unsecured creditors receive a distribution of 5.08% of allowed claims.

8.     Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was

$0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is

$1,242.75. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,242.75.

9.     A fee of $1,200.00 was paid to Debtor's counsel for services rendered in connection with this case, and no

basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:    January 30, 2008                    /s/Stephen G. Balsley
                                             STEPHEN G. BALSLEY
                                             6833 STALTER DRIVE
                                             ROCKFORD, IL 61108
                                             (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BLAKE, BETTY A

CASE NO. 07-70588 MB

Judge MANUEL BARBOSA

Debtor(s)

### DISTRIBUTION REPORT

I, STEPHEN G. BALSLEY, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,712.75 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 1,980.67 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 4,693.42 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $2,712.75 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 1,470.00 | 1,470.00 |
| | Stephen G. Balsley, Attorney for Trustee | 1,233.75 | 1,233.75 |
| | Stephen G. Balsley, Expenses Attorney for Trustee | 9.00 | 9.00 |
| | | TOTAL $ | 2,712.75 |

d. $1,980.67 for general unsecured creditors who have filed claims allowed in the total amount of $38,961.98, yielding a dividend of 5.08% plus interest, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $38,961.98 | 5.08% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 13,181.53 | 670.10 |
| 2 | Target National Bank - Targe Visa | 5,607.90 | 285.08 |
| 3 | LVNV Funding, LLC/Citi | 15,299.75 | 777.78 |
| 4 | Roundup Funding, LLC | 4,872.80 | 247.71 |
| | | TOTAL $ | 1,980.67 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 30, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | | Fees Pending Compensation Applications | | Fees & Expenses Total |
|---|---|---|---|---|---|
| Stephen G. Balsley, Trustee | $ | 0.00 | $ | 1,470.00 | $ | 1,470.00 |
| Stephen G. Balsley, Attorney for Trustee | $ | 0.00 | $ | 1,233.75 | $ | 1,233.75 |
| Stephen G. Balsley, Expenses Attorney for Trustee | $ | 0.00 | $ | 9.00 | $ | 9.00 |
| **TOTALS** | $ | **0.00** | $ | **2,712.75** | $ | **2,712.75** |

## EXHIBIT A

## TASKS PERFORMED

### BETTY A. BLAKE
### CHAPTER 7 BANKRUPTCY CASE NO. 07-70588

---

The only asset in this bankruptcy estate was vacant real estate in Southern Illinois, which had a very limited market value. The Trustee retained a realtor who aggressively marketed the properties and eventually found a buyer for $7,200.00, which sale was approved by the Court. The realtor agreed to reduce her commission from the minimum allowed by the Contract of $1,500.00 to $1,000.00. The attorney for the Trustee has reduced his fee request by 50% in order to provide a greater distribution to creditors.

The Trustee has reviewed the claims filed in this case, and has no objections. No income tax return is necessary for this bankruptcy estate.

SGB:vcg

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

EXHIBIT B

Page: 1

**Case Number:** 07-70588 MB
**Case Name:** BLAKE, BETTY A

**Period Ending:** 01/30/08

**Trustee:** (330410)   STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 03/16/07 (f)
**§341(a) Meeting Date:** 04/12/07
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Land/Crab Orchard Estates, Williamson County, IL | 9,459.00 | 7,200.00 | | 7,200.00 | FA |
| 2 | Checking account - AMCORE Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 700.00 | 0.00 | DA | 0.00 | FA |
| 5 | IRA | 1,456.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2006 Federal Income Tax Refund (est.) | 30.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1996 Jeep Cherokee Sport | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1988 GMC van | 650.00 | 0.00 | DA | 0.00 | FA |
| 9 | Row boat | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | DA | 0.00 | FA |
| 10 Assets | Totals (Excluding unknown values) | $15,595.00 | $7,200.00 | | $7,200.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** February 15, 2008

**Current Projected Date Of Final Report (TFR):** January 30, 2008 (Actual)

Printed: 01/30/2008 09:04 AM   V: 10.03

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-70588 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** BLAKE, BETTY A | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Taxpayer ID #:** 13-7585043 | **Account:** ...-.....52-65 - Money Market Account |
| **Period Ending:** 01/30/08 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| | **Separate Bond:** N/A |

tabbies®

EXHIBIT C

Page: 1

| 1 Trans. Date | 2 (Ref #)/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/17/08 | | Palmer & Murrie Abstract Co., Inc. | Proceeds from sale of real estate | | 4,693.42 | | 4,693.42 |
| | | | Proceeds from sale of real estate | 7,200.00 | 1110-000 | | 4,693.42 |
| | | | Realtor commission | -1,000.00 | 3510-000 | | 4,693.42 |
| | | | Closing fee to Palmer & Murrie | -125.00 | 2500-000 | | 4,693.42 |
| | | | Abstract and title search | -275.00 | 2500-000 | | 4,693.42 |
| | | | Title insurance - Palmer & Murrie | -25.00 | 2500-000 | | 4,693.42 |
| | | | Title insurance Lawyer's Title Insurance | -25.20 | 2500-000 | | 4,693.42 |
| | | | City, county, tax stamps | -3.75 | 2500-000 | | 4,693.42 |
| | | | State tax stamps/revenue stamps | -7.50 | 2500-000 | | 4,693.42 |
| | | | State of Illinois policy fee | -3.00 | 2500-000 | | 4,693.42 |
| | | | 2006 taxes | -833.94 | 2820-000 | | 4,693.42 |
| | | | County taxes | -8.20 | 2820-000 | | 4,693.42 |
| | | | Co. tax proration | -199.99 | 2820-000 | | 4,693.42 |
| 01/22/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 0.00 | | 4,693.42 |
| 01/22/08 | | To Account #*......5266 | Transfer funds from MMA to checking account | 9999-000 | | 4,693.42 | 0.00 |

**Subtotals :** $4,693.42 $4,693.42

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-70588 MB
**Case Name:** BLAKE, BETTY A

**Taxpayer ID #:** 13-7585043
**Period Ending:** 01/30/08

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*-\*\*\*\*52-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 4,693.42 | 4,693.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,693.42 | |
| | | | **Subtotal** | | 4,693.42 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,693.42** | **$0.00** | |

() Asset reference(s)

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-70588 MB |
|---|---|
| Case Name: | BLAKE, BETTY A |
| Taxpayer ID #: | 13-7585043 |
| Period Ending: | 01/30/08 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****52-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/22/08 | | From Account #*******5265 | Transfer funds from MMA to checking account | 9999-000 | 4,693.42 | | 4,693.42 |

| | | Net Receipts $ | Net Disbursements $ | Account Balances |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 4,693.42 | 0.00 | $4,693.42 |
| Less: Bank Transfers | | 4,693.42 | 0.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****52-65 | 4,693.42 | 0.00 | 0.00 |
| Checking # ***-*****52-66 | 0.00 | 0.00 | 4,693.42 |
| | $4,693.42 | $0.00 | $4,693.42 |