Case Name: BLAKE, BETTY A.
Case No:     07-70588

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 1/30/08                    WILLIAM T. NEARY
                                  United States Trustee, Region 11

                            BY:    */s/ Carole J. Ryczek*
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee