IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BLAKE, BETTY A

CASE NO. 07-70588 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-8731

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At:  U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL 61101

    on:  April 2, 2008
    at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,470.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,233.75 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 9.00 |

4. The Trustee's Final Report shows total:

    a. Receipts                              $    7,200.00

    b. Disbursements                         $    2,506.58

    c. Net Cash Available for Distribution   $    4,693.42

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,980.67, to be distributed to the general unsecured

creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $38,961.98, resulting in an approximate distribution of 5.08% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   January 30, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0588   Doc 32   Filed 02/01/08   Entered 02/03/08 23:44:37   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1         Date Rcvd: Feb 01, 2008
Case: 07-70588                Form ID: pdf002            Total Served: 21
```

The following entities were served by first class mail on Feb 03, 2008.
```
db            +Betty A Blake,    209 N East St,    Pearl City, IL 61062-9159
aty           +Andrew K. Weiss,    Gardiner Koch & Weisberg,    53 W. Jackson Blvd.,    Suite 950,
                Chicago, IL 60604-3849
aty           +Jaime Dowell,    Legal Helpers,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7065
tr            +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
11241152      +Andrew K. Weiss #,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
11241153      +Blatt, Hassenmiller et al,    125 S. Wacker,    Suite 400,    Chicago, IL 60606-4440
11241154      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11328096      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
11241155       Creditors Interchange,    P.O. Box 1335,    Buffalo, NY 14240-1335
11241157      +DNS,    PO Box 3011,    West Palm Beach, FL 33402-3011
11241156       Direct Merchants Bank,    P.O. Box 550680,    Jacksonville, FL 32255
11241158      +K.B. Merrill Associates LLC,    PO Box 126,    Forest Hill, MD 21050-0126
11241160      +Mann Bracken LLC,    One Paces West, Suite 1400,    2727 Paces Ferry Road,    Atlanta, GA 30339-4053
11479685       Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11241161      +Sears Card,    PO Box 6923,    The Lakes, NV 88901-6923
11329423      +Target National Bank,    c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,
                Seattle, WA 98121-2339
11241163      +Target Nb,    PO Box 673,    Minneapolis, MN 55440-0673
11241164      +Unifund,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
```

The following entities were served by electronic transmission on Feb 02, 2008.
```
11241159      +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding,
                P.O Box 10497,    Greenville, SC 29603-0497
11473349       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citi,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
11241162      +E-mail/Text: resurgentbknotifications@resurgent.com                       Sherman Acquisitions,
                PO Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
11241151*     +Betty A Blake,    209 N East St,    Pearl City, IL 61062-9159
                                                                                             TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 03, 2008**              **Signature:** _Joseph Speetjens_