UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BETTY A. BLAKE, | ) | CASE NO. 07-70588 |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO:  THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, STEPHEN G. BALSLEY

## CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: _____

WILLIAM T. NEARY
United States Trustee

By:  _____
CAROLE J. RYCZEK,
Attorney for United States Trustee

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
**BALSLEY & VAN EVERA**
6833 Statler Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-0687

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

April 01, 2008 through April 30, 2008
Account Number: **000312106905266**

## CUSTOMER SERVICE INFORMATION

Service Center:   1-800-634-5273

00016851 DBI 802 24 12208 - NNNNN 1 000000000 60 0000
07-70588 BLAKE BETTY A
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY     Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $4,693.42 |
| Checks Paid | 7 | - 4,693.42 |
| **Ending Balance** | 7 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 04/04 | $1,233.75 |
| 102 | 04/04 | 9.00 |
| 103 | 04/04 | 1,470.00 |
| 104 | 04/10 | 670.10 |
| 105 | 04/10 | 285.08 |
| 106 | 04/10 | 777.78 |
| 107 | 04/09 | 247.71 |
| **Total Checks Paid** |  | **$4,693.42** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/04 | $1,980.67 |
| 04/09 | 1,732.96 |
| 04/10 | 0.00 |


EXHIBIT
B

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

February 01, 2008 through February 29, 2008
Account Number: **000312106905265**

## CUSTOMER SERVICE INFORMATION

Service Center:    **1-800-634-5273**



00016558 DBI 802 24 06308 - NNN  6  000000000  60 0000
07-70588 BLAKE BETTY A
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |

This account earns interest daily and the current interest rate is 0.25%.

The total interest paid this year is $0.00.



**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

February 01, 2008 through February 29, 2008
Account Number: **000312106905266**

## CUSTOMER SERVICE INFORMATION

Service Center:  1-800-634-5273

00016559 DBI 802 24 06308 - NNN  1  000000000  60 0000
07-70588 BLAKE BETTY A
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CHECKING SUMMARY | Bankruptcy Business Checking

|                     | INSTANCES | AMOUNT     |
|---------------------|-----------|------------|
| **Beginning Balance** |           | $4,693.42  |
| **Ending Balance**    | 0         | $4,693.42  |